1  T. MATTHEW PHILLIPS, ESQ.
2  Calif. State Bar No. 165833
3  (*Not Licensed in Nevada*)
   4894 W. Lone Mountain Rd., No. 132
4  Las Vegas, Nevada 89130
5  Tel: (323) 314-6996
6  TMatthewPhillips@aol.com
   *In Pro Se*
7

8              **UNITED STATES DISTRICT COURT**
9
10                    **LAS VEGAS, NEVADA**

11  _____
12                                    )   **Case No: 2:24-cv-00594-DJA**
        **T. MATTHEW PHILLIPS**       )
13                                    )
14                                    )   STIPULATION AND ORDER
                *Plaintiff*,          )   TO EXTEND BRIEFING SCHEDULE
15                                    )   PURSUANT TO LR IA 6-1
16                                    )   [*Plaintiff's First Request for Extension*]
                *vs.*                 )
17                                    )
18                                    )
    1. **BILL HENDERSON**             )
19  2. **HOLLY KNIEF**                )
20  3. **NANCY DIAZ**                 )
    4. **EIGHTH DISTRICT**            )
21     **COURT**                      )
22                                    )
                *Defendants*.         )   **Trial Date:  N/A**
23                                    )
24  _____ )

25
26
27
28

# STIPULATION *to* EXTEND BRIEFING SCHEDULE

## I.    Recitals.

WHEREAS, Defendants, on June 3, 2024, filed a *Motion to Dismiss Plaintiff's First Amended Complaint*n, [*see* Doc. # 10];

WHEREAS, Plaintiff's response to the motion to dismiss is due on or before June 19, 2024, [*see Order*, (June 5, 2024); (*see* Doc. #12)];

WHEREAS, Plaintiff, on June 17, 2024, contacted Defendants' counsel, Sabrena K. Clinton, Esq., asking for a brief extension of time to file an opposition to Defendants' motion to dismiss, as per L.R. IA 6-1;

WHEREAS, Defendants' counsel, Sabrena K. Clinton, Esq., agreed to Plaintiff's request for an extension of time;

WHEREAS, this is Plaintiff's ***first*** request for stipulation for extension of time;

NOW, THEREFORE, the parties, and each of them, do hereby agree to a brief extension on the parties' briefing schedule, as below set forth.

## II.    Reason for Extension.

On Plaintiff's internal legal calendar, Plaintiff scheduled himself to begin writing a responsive brief, on Wed., June 12, 2024, anticipating the filing of his response on or before June 19, 2024.

On June 12, 2024, a crime was committed at Plaintiff's home. This caused considerable interruption to Plaintiff's work schedule. Plantiff visited the police station several times and Plaintiff drafted an application for temporary protective order, which was filed with the local Justice Court, (on June 17, 2024). Based on the interruption to Plaintiff's work schedule, Plaintiff needs more time to respond to Defendants' motion. Plaintiff thus contacted opposing counsel, who graciously agreed to this stipulation and order.

### III. Briefing Schedule.

- Plaintiff's response to Defendants' *Motion to Dismiss* shall be filed on or before Wed., June 26, 2024;
- Defendants' reply to Plaintiff's response shall be filed on or before Wed., July 10, 2024;

### IV. In Witness Whereof.

IN WITNESS WHEREOF—each of the parties hereto has caused this proposed stipulation to be executed in its name and behalf by its duly authorized representative as of the date above written.

Dated: **June 18, 2024**                                   Dated: **June 18, 2024**

/s/ T. Matthew Phillips                                    /s/ Sabrena K. Clinton
T. Matthew Phillips, Esq.                                  Sabrena K. Clinton, Esq.
*Plaintiff in Pro Se*                                      *Defendants' Counsel*

### ORDER

**IT IS SO ORDERED.**

Dated this 20th day of June, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE